# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AUBREY L. RONEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BP EXPLORATION & PRODUCTION, INC., et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 1:24-00352-JB-MU-C |

## ORDER

Pending before the Court is the Stipulation of Dismissal With Prejudice. (Doc. 19). The Stipulation is filed expressly pursuant to Rule 41(a)(1)(A)(ii) and is signed by all parties. The claims in this case are dismissed with prejudice with each party to bear their own attorneys' fees and costs.

Plaintiff reserves his remaining rights that he may have under the Deepwater Horizon Medical Benefits Class Action Settlement Agreement.[1]

The Clerk of Court is DIRECTED to close this case and remove it from the master file.

**DONE and ORDERED** this 28TH day of January, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] *In the Matter of Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.* No. 2:10-md-02179-CJB-JCW, Doc. 8217 (E.D. La. Jan. 11, 2013).